**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
_____Richmond_____ Division**

**In re** Louis Lee Abernethy                                  **Case No.**   17-35851-KRH

**Debtor(s)**                                                                      **Chapter 7**

**ORDER PURSUANT TO CHAPTER 7 TRUSTEE'S FINAL REPORT,
APPLICATION FOR COMPENSATION AND APPLICATION(S) FOR
COMPENSATION OF PROFESSIONALS**

The Trustee having filed his final report before distribution and the court having thereafter duly examined and considered all applications for compensation and reimbursement of expenses and no hearing being necessary under the circumstances; it is therefore

**ORDERED** that reasonable compensation for actual and necessary services rendered or reimbursement of actual and necessary expenses incurred are hereby awarded or allowed pursuant to 11 U.S.C. §330(a), §503(b)(2) or §503(b)(4), as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| Roy Terry, Trustee | 6035.89 | 263.11 |
| Bruce E. Robinson, Trustee | 0.00 | 126.00 |

It is further **ORDERED** that the compensation of the Trustee may be increased to include commissions earned on interest accrued through the date of distribution.

The Clerk shall forward a copy of this order to the Trustee and the United States Trustee.

Date: Jan 5 2021                              /s/ Kevin R Huennekens
                                              United States Bankruptcy Judge

                                              NOTICE OF JUDGMENT OR ORDER
                                              ENTERED ON DOCKET: Jan 6 2021

[otfrnhrg ver. 10/09]